UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARQUIS ELIJAH STOVE                              CIVIL ACTION

VERSUS                                            NUMBER: 11-1770

MR. ALBERT PIERRE                                 SECTION: "I"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 1st day of April, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE